IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-727-M-BM

| | | |
|---|---|---|
| FORTUNE HOSPITALITY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ACCELERANT SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint motion [DE-13] to stay litigation in this matter, to include all pleading, discovery, case management requirements and deadlines until August 4, 2025. On February 27, 2025, the court granted the parties' prior motion, staying this matter until May 6, 2025, in order to allow time for defendant to reach and issue a coverage decision and for the parties to attend mediation thereafter. [DE-11]. In support of the instant request for a continued stay, the parties provide, *inter alia*, that they have agreed to postpone mediation until July 30, 2025, "as plaintiff plans to engage an expert to respond to defendant's [expert] report." [DE-13] at 2. For good cause shown for the reasons stated in the motion, the joint motion to stay [DE-13] is GRANTED. It is therefore ORDERED that:

1.      This matter, including all pleading, discovery, and case management requirements and deadlines, is STAYED until **August 4, 2025**, in order to allow the parties time to attend mediation and attempt to resolve this matter without further court involvement.

2.      The parties shall file a joint report by the earlier of (i) five (5) days following the resolution of claims between the parties, or (ii) **August 4, 2025**. The joint report shall include:

        a.      the status of the mediation between the parties, and

b.      the parties' position(s) regarding scheduling in this matter.

3.      Unless otherwise ordered by the court, defendant shall serve its response to plaintiff's complaint no later than **August 13, 2025**, unless the parties advise the court that all claims in this case have been settled, or the parties otherwise request to extend the stay in this case.

SO ORDERED, this 29th day of April, 2025.

_____
Brian S. Meyers
United States Magistrate Judge

2